# STATE OF LOUISIANA

# COURT OF APPEAL, FIRST CIRCUIT

STATE OF LOUISIANA

VERSUS

DINELL STEWART

NO. 2022 KW 0185

**JUNE 21, 2022**

---

In Re:    Dinell Stewart, applying for supervisory writs, 19th
          Judicial District Court, Parish of East Baton Rouge,
          No. 02-03-0447.

---

**BEFORE:   WHIPPLE, C.J., GUIDRY AND WOLFE, JJ.**

   **WRIT DENIED.** See this court's prior action in **State v.
Stewart,** 2021-1319 (La. App. 1st Cir. 2/14/22), 2022 WL 444401.

                         **VGW**
                         **JMG**
                         **EW**

COURT OF APPEAL, FIRST CIRCUIT

_____
DEPUTY CLERK OF COURT
      FOR THE COURT